

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2023

No. 04-23-00132-CV

**IN RE** Kelly Blakeslee **ALTIC**, Shipt, Inc.

Original Proceeding[1]

**ORDER**

On February 21, 2023, relators filed a petition for writ of mandamus and a motion for temporary relief. On February 22, 2023, relators filed a motion to dismiss the mandamus petition and motion for temporary relief because the parties settled the underlying cause.[2] We **GRANT** the motion and **DISMISS** the petition for writ of mandamus and motion for temporary relief.

It is so **ORDERED** on March 8, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI18086, styled *Cedric English v. Kelly Blakeslee Altic and Shipt, Inc.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.
[2] Relators filed an advisory requesting to withdraw their mandamus petition and motion for temporary relief. We construe this advisory as a motion to dismiss.